

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00037-CV

| | | |
|---|---|---|
| Frontier Communications Northwest, Inc. | § | From the 236th District Court |
| | § | of Tarrant County (236-253829-11) |
| v. | | |
| D.R. Horton, Inc.; D.R. Horton Los Angeles Holding Company, Inc.; Western Pacific Housing, Inc.; SSHI, LLC; and D.R. Horton, Inc. - Portland | § | December 31, 2014 |
| | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Frontier Communications Northwest, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bob McCoy
    Justice Bob McCoy